**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*Robert Frazer*
*United States Attorney*

*Alexander Judka*
Assistant U.S. Attorney

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Alexander.judka@usdoj.gov*

*main: (973) 645-2700*
*direct: (973) 645-2825*

August 30, 2026

**BY ECF**
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Cua Tian v. Soto, et al.*, No. 26-11180 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to report that U.S. Immigration and Customs Enforcement ("ICE") informed this Office that Petitioner was released from custody at 12:30 p.m. on August 30, 2026.

We therefore respectfully request that the Court close this case and lift all temporary restraints. We thank the Court for its attention to this matter.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** August 31, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: s/ Alexander Judka
ALEXANDER JUDKA
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of record (by ECF)